# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RICARDO VELASQUEZ**,<br><br>            Plaintiff,<br><br>v.<br><br>**AMERICAN GIANT, INC., a Delaware corporation, d/b/a AMERICA-GIANT SOHO, and GRAND LIBERTE COOPERATIVE, INC., a New York cooperative corporation**,<br><br>            Defendants. | Case No. 1:22-cv-03247-LJL |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant American Giant, Inc. and Grand Liberte Cooperative, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective costs and fees.

_[signature]_

The Weitz Law Firm, P.A.
B. Bradley Weitz, Esq.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
*Attorney for Ricardo Velasquez*

Dated: February 10, 2023

_[signature]_

DLA Piper LLP (US)
Joseph Piesco, Esq.
1251 Avenue of the Americas
New York, NY 10020
*Attorney for American Giant, Inc.*

Dated: February 10, 2023

_____
Braverman Greenspun
Michael Savino, Esq.
110 East 42nd Street 17th Floor
New York, New York 10017
*Attorney for Grand Liberte Cooperative, Inc.*

Dated: February 10, 2023.

**So Ordered**:

_____ 2-14-23
Hon. Lewis J. Liman, U.S.D.J.